UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY GROSSO,

                          Plaintiff,

          -against-

CAROLYN W. COLVIN, Commissioner of
Social Security,

                          Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _Oct. 25, 2016_

15 Civ. 8709 (AT) (GWG)

**ORDER ADOPTING
REPORT AND
RECOMMENDATION**

ANALISA TORRES, District Judge:

    Having received no objection to Magistrate Judge Gabriel W. Gorenstein's September 14, 2016 report and recommendation, the Court reviewed the recommendation and found no "clear error on the face of the record." *Walker v. Vaughn*, 216 F. Supp. 2d 290, 292 (S.D.N.Y. 2002) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001)) (internal quotation marks omitted). Therefore, the Court accepts and adopts the thorough and well-reasoned report and recommendation in its entirety. Accordingly, Plaintiff's motion for judgment on the pleadings is GRANTED, Defendant's motion for judgment on the pleadings is DENIED, and the case is remanded for further proceedings.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 15 and 17, and is further directed to close the case.

    SO ORDERED.

Dated: October 25, 2016
       New York, New York

_____
ANALISA TORRES
United States District Judge